Fill in this information to identify your case:

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | M.S. Acquisitions & Holdings, LLC | |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4534658 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14366 Charthouse Circle <br> Naples, FL 34114 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Collier <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | M.S. Acquisitions & Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Mega Philidelphia** | | Relationship | **Subsidiary** |
|---|---|---|---|---|---|
| | District | **Middle District** | When | **3/25/22** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **M.S. Acquisitions & Holdings, LLC**                    Case number (*if known*) _____
          Name

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | M.S. Acquisitions & Holdings, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/25/22
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Michael Sciore
Printed name

Title   CEO

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date
MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman Revah PLLC
Firm name

20200 W Dixie Highway
Ste 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone   305-768-9909   Email address   Brett@elrolaw.com

69583 FL
Bar number and State

Fill in this information to identify the case:

Debtor name    **M.S. Acquisitions & Holdings, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/25/22          x _____
                                   Signature of individual signing on behalf of debtor

                                   **Michael Sciore**
                                   Printed name

                                   CEO
                                   Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor name | M.S. Acquisitions & Holdings, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anderson Kill PC c/o Arthur J. Gillis STA International 225 Boradhollow Rd, Ste 150 Melville, NY 11747 | | | | | | $8,277.50 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | | | | | $2,000.00 |
| Centric Bank 4320 Linglestown Road Philadelphia, PA 19172 | | | | $2,557,346.33 | $0.00 | $2,557,346.33 |
| Centric Bank 4320 Linglestown Road Harrisburg, PA 17112 | | | | $1,494,374.95 | $0.00 | $1,494,374.95 |
| City of Camden P.O. Box 95120 Camden, NJ 08102 | | | | | | $264,000.00 |
| Duane Morris 30 S. 17th Street Philadelphia, PA 19103 | | | | | | $170,000.00 |
| Everrst Funding 8200 NW 52nd Terrace 2nd Floor Miami, FL 33166 | | | | | | $60,000.00 |
| Flaster Greenberg 1810 Chapel Avenue Cherry Hill, NJ 08002 | | | | | | $30,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Line 3000 Plumpic Blvd Bldg 4 Santa Monica, CA 90404 | | | | | | $109,000.00 |
| Funding Metrics, LLC 684 Town Center Drive Haverford, PA 19041 | | | | Unknown | $0.00 | Unknown |
| Harvesst Small Buiness Fianance 2442 Avenida De La Carlota Suite 232 Laguna Hills, CA 92653 | | PPP Loan | | | | $23,000.00 |
| Lendini 3220 Tillman Drive Suite 200 Bensalem, PA 19020 | | | | | | $25,000.00 |
| New Jersey Division of Taxation Revenue Processing Center P.O. BOX 257 Trenton, NJ 08646 | | | | | | $1,927.65 |
| Royer Cooper Cohen Braunfeld 100 North 18th Street, Suite Philadelphia, PA 19103 | | | | | | $57,000.00 |
| SBA Loan 14925 Kingsport Road Fort Worth, TX 76155 | | EIDL Loan | | | | $500,000.00 |
| SBA Loan 14925 Kingsport Road Fort Worth, TX 76155 | | | | | | $150,000.00 |
| State of New Jersey 3 John Fitch Way Trenton, NJ 08611 | | | | | | $35,000.00 |
| Weir & Partners LLP Bonnie Golub The Widener building, Suite 1339 Chestnut St. Philadelphia, PA 19107 | | | | | | $40,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor name    M.S. Acquisitions & Holdings, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     196,427.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     196,427.00

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     4,051,721.28

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................... $     300,927.65

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$     1,174,277.50

4. **Total liabilities** ...................
   Lines 2 + 3a + 3b     $     5,526,926.43

# United States Bankruptcy Court
## Middle District of Florida

In re    **M.S. Acquisitions & Holdings, LLC**           Case No. _____

                            Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Sciore<br>14366 Charthouse Circle<br>Naples, FL | | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date      _3/25/22_            Signature      _____

                                                     **Michael Sciore**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    <u>M.S. Acquisitions & Holdings, LLC</u>

                                         Debtor(s)

Case No. _____

Chapter    <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     3/25/22

Michael Sciore/CEO
Signer/Title

M.S. Acquisitions & Holdings, LLC
14366 Charthouse Circle
Naples, FL 34114

Brett Lieberman
Edelboim Lieberman Revah PLLC
20200 W Dixie Highway
Ste 905
Miami, FL 33180

Anderson Kill PC
c/o Arthur J. Gillis
STA International
225 Boradhollow Rd, Ste 150
Melville, NY 11747

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Centric Bank
4320 Linglestown Road
Harrisburg, PA 17112

Centric Bank
4320 Linglestown Road
Philadelphia, PA 19172

City of Camden
P.O. Box 95120
Camden, NJ 08102

Duane Morris
30 S. 17th Street
Philadelphia, PA 19103

Everrst Funding
8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166

Flaster Greenberg
1810 Chapel Avenue
Cherry Hill, NJ 08002

Forward Line
3000 Plumpic Blvd
Bldg 4
Santa Monica, CA 90404

Funding Metrics, LLC
684 Town Center Drive
Haverford, PA 19041

Harvesst Small Buiness Fianance
2442 Avenida De La Carlota
Suite 232
Laguna Hills, CA 92653

Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Michael Sciore
14366 Charthouse Circle
Naples, FL 34114

Michael Sciore
14366 Charthouse Circle
Naples, FL

New Jersey Division of Taxation
Revenue Processing Center
P.O. BOX 257
Trenton, NJ 08646

Royer Cooper Cohen Braunfeld
100 North 18th Street, Suite
Philadelphia, PA 19103

SBA Loan
14925 Kingsport Road
Fort Worth, TX 76155

State of New Jersey
3 John Fitch Way
Trenton, NJ 08611

Weir & Partners LLP
Bonnie Golub
The Widener building, Suite
1339 Chestnut St.
Philadelphia, PA 19107

# United States Bankruptcy Court
## Middle District of Florida

In re    **M.S. Acquisitions & Holdings, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **M.S. Acquisitions & Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Sciore**
**14366 Charthouse Circle**
**Naples, FL**

☑ None [*Check if applicable*]

3/25/22

Date

*Brett Lieberman*

**Brett Lieberman**
Signature of Attorney or Litigant
Counsel for    **M.S. Acquisitions & Holdings, LLC**
**Edelboim Lieberman Revah PLLC**
**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
**305-768-9909 Fax:305-928-1114**
**Brett@elrolaw.com**

## RESOLUTION AND WRITTEN CONSENT
## OF THE MANAGER OF M.S. ACQUISITIONS & HOLDINGS, LLC

Through this Resolution and Written Consent of M.S. ACQUISITIONS & HOLDINGS, LLC, a Florida Limited Liability Company (the "Company"), by and through its sole member and manager, Michael Sciore (the "Manager"), on this 24th day of March, 2022, it is hereby resolved as follows:

**BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that the Company authorizes and empowers Michael Sciore its sole Manager, to file a voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Manager is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Manager may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Manager is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Manager, is authorized (i) to retain the law firm of Edelboim Lieberman Revah PLLC ("ELR") as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval, to retain on behalf of the Company such other professionals that the Company deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

**BE IT FURTHER RESOLVED** that the Company is hereby authorized to pay ELR a retainer in an amount agreed to by the Company through the Manager and ELR up to $125,000.00 for bankruptcy costs and services plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

**BE IT FURTHER RESOLVED**, that the Manager of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officers may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the Company's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

**BE IT FURTHER RESOLVED**, that the member(s) are authorized to execute these resolutions in counterparts, each of which shall constitute an original, and all of which shall constitute one articulation of these member(s)' resolutions and that the member(s) may execute via an electronic signature and provide the executed resolution in electronic format; and

**BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of March 24, 2022.

M.S. ACQUISITIONS & HOLDINGS, LLC, a Florida Limited Liability Company

By: <u>Michael Sciore, its Manager and Sole Member</u>          Date: March 24, 2022.

Form **8879-S**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization for Form 1120-S

▶ ERO must obtain and retain completed Form 8879-S.
▶ Go to www.irs.gov/Form8879S for the latest information.

For calendar year 2020, or tax year beginning _____, 2020, and ending _____, 20 ____

OMB No. 1545-0123

**2020**

| Name of corporation | Employer identification number |
|---|---|
| M.S. ACQUISITIONS & HOLDINGS, LLC | 46-4534658 |

## Part I — Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1 | 69,493. |
| 2 Gross profit (Form 1120-S, line 3) | 2 | 69,493. |
| 3 Ordinary business income (loss) (Form 1120-S, line 21) | 3 | 27,037. |
| 4 Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | 4 | |
| 5 Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | 5 | 27,133. |

## Part II — Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize CITRIN COOPERMAN & COMPANY, LLP to enter my PIN 11120
    _____ ERO firm name _____ Don't enter all zeros
    as my signature on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ PRESIDENT

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 23733811120 |
    Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 09/08/21

### ERO Must Retain This Form - See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.
LHA

Form **8879-S** (2020)

010201 01-07-21

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| **Print or Type** | Name | Identifying number |
|---|---|---|
| | M.S. ACQUISITIONS & HOLDINGS, LLC | 46-4534658 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 5 COBALT CT | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | SWEDESBORO, NJ  08085 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for .................................................... | 25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ............................................................................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ............................................................................................................................ ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ...... ▶ ☐

5a  The application is for calendar year 2020 , or tax year beginning _____ , and ending _____

b  **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax ................................................................................. | 6 | 0. |
| 7 | **Total** payments and credits. See instructions ................................................ | 7 | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions ................................ | 8 | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **7004** (Rev. 12-2018)

019741 04-01-20

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ Go to www.irs.gov/Form1120S for instructions and the latest information. | **2020** |

EXTENSION GRANTED TO 09/15/21

For calendar year 2020 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>01/14/2014 | **Name**<br>M.S. ACQUISITIONS & HOLDINGS, LLC | **D** Employer identification number<br>46-4534658 |
| **B** Business activity<br>code number<br>(see instructions)<br>551112 | **Number, street, and room or suite no. If a P.O. box, see instructions.**<br>5 COBALT CT | **E** Date incorporated<br>01/14/2014 |
| **C** Check if Sch. M-3<br>attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code**<br>SWEDESBORO, NJ  08085 | **F** Total assets (see instructions)<br>$ 5,207,993. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1 a** Gross receipts<br>or sales | 97,688. | **b** Return and<br>allowances | 28,195. | **c** Bal. Subtract line 1b from line 1a | **1c** | 69,493. |

| | | | |
|---|---|---|---|
| **Income** | **2** Cost of goods sold (attach Form 1125-A) | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 69,493. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** Other income (loss) (attach statement)    STATEMENT 1    STATEMENT 2 | **5** | 462,701. |
| | **6** **Total income (loss).** Add lines 3 through 5 ▶ | **6** | 532,194. |
| **Deductions (See instructions for limitations)** | **7** Compensation of officers (see instrs. - attach Form 1125-E) | **7** | |
| | **8** Salaries and wages (less employment credits) | **8** | |
| | **9** Repairs and maintenance | **9** | 13,411. |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 25,857. |
| | **12** Taxes and licenses | **12** | |
| | **13** Interest (see instructions) | **13** | 18,983. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| | **16** Advertising | **16** | |
| | **17** Pension, profit-sharing, etc., plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Other deductions (attach statement)    STATEMENT 3 | **19** | 446,906. |
| | **20** **Total deductions.** Add lines 7 through 19 ▶ | **20** | 505,157. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 27,037. |
| **Tax and Payments** | **22 a** Excess net passive income or LIFO recapture tax (see instructions) **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) **22b** | | |
| | **c** Add lines 22a and 22b | **22c** | |
| | **23 a** 2020 estimated tax payments and 2019 overpayment credited to 2020 **23a** | | |
| | **b** Tax deposited with Form 7004 **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) **23c** | | |
| | **d** Reserved for future use **23d** | | |
| | **e** Add lines 23a through 23d | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | **24** | |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** Enter amount from line 26: **Credited to 2021 estimated tax** ▶ _____ **Refunded** ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | | May the IRS discuss this return with the preparer shown below? See instr.<br>☒ Yes ☐ No |
|---|---|---|---|---|
| ▶ Signature of officer | Date | ▶ PRESIDENT<br>Title | | |

| Paid<br>Preparer<br>Use Only | **Print/Type preparer's name**<br>BRETT DUBIN, CPA | **Preparer's signature** | Date<br>09/08/21 | Check if<br>self-<br>employed ☐ | PTIN<br>P00740974 |
|---|---|---|---|---|---|
| | Firm's name ▶ CITRIN COOPERMAN & COMPANY, LLP | | | Firm's EIN ▶ 22-2428965 | |
| | Firm's address ▶ 1800 JFK BLVD 20TH FLOOR<br>PHILADELPHIA, PA 19103 | | | Phone no.<br>215-545-4800 | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**   011701 12-16-20                        Form **1120-S** (2020)

| Schedule B | Other Information (see instructions) | | | | | Yes | No |
|---|---|---|---|---|---|---|---|

1 Check accounting method:    **a** [X] Cash    **b** [ ] Accrual    **c** [ ] Other (specify) ▶

2 See the instructions and enter the:

**a** Business activity ▶ HOLDING COMPANY    **b** Product or service ▶ HOLDING COMPANY

3 At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a

nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ............    | X

4 At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any

foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below    | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or

capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a

trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ...................    X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| AMERICA'S BUSINESS CAPITAL, LLC | 47-1391953 | PARTNERSHIP | UNITED STATES | 51.00% |
| SPANISH SPORTS NETWORK LLC | 61-1767655 | PARTNERSHIP | UNITED STATES | 65.00% |
| MEGA-PHILADELPHIA LLC | 81-3252404 | PARTNERSHIP | UNITED STATES | 99.90% |

5a At the end of the tax year, did the corporation have any outstanding shares of restricted stock? .................................    | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ......................................................    ▶ _____

(ii) Total shares of non-restricted stock ......................................    ▶ _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ...........    | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year ......................    ▶ _____

(ii) Total shares of stock outstanding if all instruments were executed ............    ▶ _____

6 Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ...    | X

7 Check this box if the corporation issued publicly offered debt instruments with original issue discount .............................    ▶ [ ]

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

8 If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset

with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C

corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years,

enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ......................    ▶ $ _____

9 Did the corporation have an election under section 163(j) for any real property trade or business or any farming business

in effect during the tax year? See instructions ...................................................................................    | X

10 Does the corporation satisfy one or more of the following? See instructions .................................................    | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years

preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

11 Does the corporation satisfy **both** of the following conditions? ...........................................................    | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction | ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | | | | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 | ▶ $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | 27,037. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income STATEMENT 4 | | 4 | 96. |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions) Type ▶ | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Charitable contributions | | 12a | |
| | b | Investment interest expense | | 12b | |
| | c | Section 59(e)(2) expenditures Type ▶ | | 12c | |
| | d | Other deductions (see instructions) Type ▶ | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions) Type ▶ | | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | | 14b | |
| | c | Gross income sourced at shareholder level | | 14c | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Reserved for future use | | 14d | |
| | e | Foreign branch category | | 14e | |
| | f | Passive category | | 14f | |
| | g | General category | | 14g | |
| | h | Other (attach statement ) | | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i | Interest expense | | 14i | |
| | j | Other | | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k | Reserved for future use | | 14k | |
| | l | Foreign branch category | | 14l | |
| | m | Passive category | | 14m | |
| | n | General category | | 14n | |
| | o | Other (attach statement) | | 14o | |
| | | Other information | | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | | 14p | |
| | q | Reduction in taxes available for credit (attach statement) | | 14q | |
| | r | Other foreign tax information (attach statement) | | | |

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | -1,149. |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses          STATEMENT 9 | 16c | 853. |
| | d Distributions (attach statement if required) | 16d | |
| | e Repayment of loans from shareholders | 16e | 294,766. |
| **Other Information** | 17a Investment income | 17a | 96. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (att. stmt.)          STATEMENT 5 | | |
| **Recon- ciliation** | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 27,133. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 380,894. | | 277,721. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | | | | |
| 7 | Loans to shareholders | | 0. | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.)          STATEMENT 6 | | 4,895,085. | | 4,930,272. |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 5,275,979. | | 5,207,993. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 3,023,021. | | 3,023,021. |
| 18 | Other current liabilities (att. stmt.) | | | | |
| 19 | Loans from shareholders | | 294,766. | | 0. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 470,000. | | 470,000. |
| 21 | Other liabilities (att. stmt.)          STATEMENT 7 | | 0. | | 200,500. |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings          STATEMENT 8 | | 1,488,192. | | 1,514,472. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 5,275,979. | | 5,207,993. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 26,280. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| | **a** Depreciation  $ | | | **a** Depreciation  $ | |
| | **b** Travel and entertainment $ _____ 488. | | | | |
| | STMT 10　　365. | 853. | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 27,133. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 27,133. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account  (see instrs.) |

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 1,526,512. | | | |
| 2 | Ordinary income from page 1, line 21 | 27,037. | | | |
| 3 | Other additions　STATEMENT 11 | 96. | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions　STATEMENT 12 | ( 853. ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 1,552,792. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 1,552,792. | | | |

Form **1120-S** (2020)

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


M.S. Acquisitions & Holdings, LLC
5 Cobalt Ct
Swedesboro, NJ  08085


Employer Identification Number:  46-4534658


For the Year Ending December 31, 2020


M.S. Acquisitions & Holdings, LLC is making the de minimis safe
harbor election under Reg. Sec. 1.263(a)-1(f).

| FORM 1120S | ORDINARY INCOME (LOSS) OTHER PARTNERSHIPS, ETC. | STATEMENT 1 |
| --- | --- | --- |

| NAME AND ADDRESS | EMPLOYER ID | AMOUNT |
| --- | --- | --- |
| AMERICA'S BUSINESS CAPITAL LLC<br>535 ROUTE 38 EAST, SUITE 170<br>CHERRY HILL, NJ 08002 | 47-1391953 | 49,476. |
| MEGA-PHILADELPHIA LLC<br>535 ROUTE 38 EAST, SUITE 110<br>CHERRY HILL, NJ 08002 | 81-3252404 | 413,225. |
| TOTAL INCLUDED IN FORM 1120S, PAGE 1, LINE 5 | | 462,701. |

| FORM 1120S | OTHER INCOME | STATEMENT 2 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ORDINARY INCOME (LOSS) FROM PASSTHROUGH ENTITIES | 462,701. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 462,701. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| AUTOMOBILE EXPENSES | 34,517. |
| BANK FEES | 2,568. |
| BOOKKEEPING | 1,350. |
| CLEANING | 151. |
| CONTRACTORS | 268,120. |
| INSURANCE | 1,112. |
| IT SERVICES | 13,830. |
| MANAGEMENT FEES | 150. |
| MEALS | 489. |
| MERCHANT FEES | 15,210. |
| OFFICE EXPENSE | 1,528. |
| POSTAGE | 53. |
| PROFESSIONAL FEES | 95,129. |
| PROGRAMMING EXPENSE | 356. |
| SALES EXPENSE | 867. |
| TELEPHONE | 1,679. |
| TRAVEL | 8,573. |
| UTILITIES | 1,224. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 446,906. |

| SCHEDULE K | INTEREST INCOME | STATEMENT 4 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| INTEREST INCOME | 96. |
| TOTAL TO SCHEDULE K, LINE 4 | 96. |

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 5 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| SECTION 199A - ORDINARY INCOME (LOSS) | 462,701. |
| SECTION 199A - W-2 WAGES | 489,570. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 2,582,366. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 6 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| AMERICA'S BUSINESS CAPITAL, LLC | 371,282. | 357,099. |
| BUSINESS INVESTMENTS/LOANS | 3,308,884. | 3,771,610. |
| FRANKLIN PROPERTY TAX RELIEF, LLC | -1,168. | 0. |
| MEGA-PHILADELPHIA LLC | 1,211,761. | 797,237. |
| SPANISH SPORTS NETWORK LLC | 4,326. | 4,326. |
| TOTAL TO SCHEDULE L, LINE 9 | 4,895,085. | 4,930,272. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 7 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| EIDL LOAN | 0. | 145,500. |
| EVEREST CAPITAL | 0. | 30,000. |
| LENDINI | 0. | 25,000. |
| TOTAL TO SCHEDULE L, LINE 21 | 0. | 200,500. |

| SCHEDULE L      ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS      STATEMENT 8 |
| --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| BALANCE AT BEGINNING OF YEAR | 1,488,192. |
| NET INCOME PER BOOKS | 26,280. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 1,514,472. |

| SCHEDULE K                   NONDEDUCTIBLE EXPENSES                   STATEMENT 9 |
| --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| EXCLUDED MEALS EXPENSES | 488. |
| NONDEDUCTIBLE EXPENSES FROM PASSTHROUGH ENTITIES | 365. |
| | |
| TOTAL TO SCHEDULE K, LINE 16C | 853. |

| SCHEDULE M-1          EXPENSES RECORDED ON BOOKS THIS YEAR          STATEMENT 10 |
| --- |
| NOT INCLUDED ON SCHEDULE K |

| DESCRIPTION | AMOUNT |
| --- | --- |
| NON-DEDUCTIBLE EXPENSES FROM PASSTHROUGH ENTITIES | 365. |
| | |
| TOTAL TO SCHEDULE M-1, LINE 3 | 365. |

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS   STATEMENT 11 |
| --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PORTFOLIO INTEREST INCOME | 96. |
| | |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 96. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT 12

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 853. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 853. |

1

671120

# Schedule K-1
# (Form 1120-S)

Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax
year beginning _____
ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 27,037. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 96. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) A | 15 | Alternative min tax (AMT) items A  -1,149. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* 853. |
| 12 | Other deductions E | | E 294,766. |
| | | 17 | Other information A 96. V * STMT AC* STMT |

## Part I  Information About the Corporation

**A** Corporation's employer identification number
46-4534658

**B** Corporation's name, address, city, state, and ZIP code

M.S. ACQUISITIONS & HOLDINGS, LLC
5 COBALT CT
SWEDESBORO, NJ  08085

**C** IRS Center where corporation filed return
E-FILE

## Part II  Information About the Shareholder

**D** Shareholder's identifying number
████-6178

**E** Shareholder's name, address, city, state, and ZIP code

MICHAEL J. SCIORE
5 COBALT COURT
SWEDESBORO, NJ 08085

**F** Current year allocation percentage   100.000000 %

**G** Shareholder's number of shares
Beginning of tax year   100.00
End of tax year   100.00

**H** Loans from shareholder
Beginning of tax year $ 294,766.
End of tax year $ _____

For IRS Use Only

| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

011271 11-19-20   LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   **Schedule K-1 (Form 1120-S) 2020**

1

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS EXPENSES | 488. | SEE SHAREHOLDERS INSTRUCTIONS |
| NONDEDUCTIBLE EXPENSES FROM PASSTHROUGH ENTITIES | 324. | SEE SHAREHOLDERS INSTRUCTIONS |
| NONDEDUCTIBLE EXPENSES FROM SCHEDULE OF ACTIVITIES | 41. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 853. | |

SHAREHOLDER 1

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

| SCHEDULE K-1 | SECTION 199A ITEMS, BOX 17 CODE V |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MEGA-PHILADELPHIA LLC (PT) EIN: 81-3252404 | |
| ORDINARY INCOME(LOSS) | 413,225. |
| W-2 WAGES | 483,708. |
| UNADJUSTED BASIS | 2,575,159. |
| AMERICA'S BUSINESS CAPITAL LLC | |
| ORDINARY INCOME(LOSS) | 49,476. |
| W-2 WAGES | 5,862. |
| UNADJUSTED BASIS | 7,207. |

| SCHEDULE K-1 | IRC SEC. 163(J) ADJUSTED TAXABLE INCOME CALCULATION |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXABLE INCOME | 27,133. |
| INTEREST EXPENSE NOT FROM A PASS-THROUGH ENTITY | 18,983. |
| INTEREST INCOME NOT FROM A PASS-THROUGH ENTITY | -96. |
| INCOME OR GAIN FROM PASS-THROUGH ENTITIES | -462,701. |
| ADJUSTED TAXABLE INCOME | -416,681. |

| SCHEDULE K-1 | IRC SEC. 163(J) BUSINESS INTEREST |
| | EXPENSE LIMITATION |

THE ENTITY IS A SMALL BUSINESS AND UNDER IRC SEC. 163(J)(3) IT IS EXEMPT FROM
THE IRC SEC. 163(J) BUSINESS INTEREST EXPENSE LIMITATION.

| DESCRIPTION | AMOUNT |
| --- | --- |
| ADJUSTED TAXABLE INCOME | -416,681. |
| BUSINESS INTEREST INCOME | 0. |
| BUSINESS INTEREST EXPENSE | 18,983. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
| --- | --- |
| GROSS RECEIPTS - CURRENT YEAR | 69,589. |

SHAREHOLDER 1

## Schedule of Activities

For calendar year 2020, or tax year beginning _____ , 2020, and ending _____

**M.S. ACQUISITIONS & HOLDINGS, LLC**     46-4534658

Name: **MICHAEL J. SCIORE**     ▮▮▮▮-6178

For:

| Description of Activity | Activity Number | 100% Disposed | PTP | P/T 199A | Type Code * | Description |
|---|---|---|---|---|---|---|
| | 3 | | | | | SPANISH SPORTS NETWORK LLC |
| | 1 | | | | | AMERICA'S BUSINESS CAPITAL LLC |
| | 0 | | | X | | AMERICA'S BUSINESS CAPITAL LLC - SECTION 199 |

| | Activity - 3 | Activity - 1 | Activity - 0 |
|---|---|---|---|
| Ordinary business income (loss) | | 49,476. | 49,476. |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| - Dividend equivalents (1065 only) | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Excess business interest expense | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |
| Section 199A - W-2 wages | | | 5,862. |
| - Unadjusted basis of assets | | | 7,207. |
| - REIT dividends | | | |
| - Cooperative qualified business income | | | |
| - Cooperative W-2 wages | | | |

025001 04-01-20    1 - Single Family Residence   2 - Multi-Family Residence   3 - Vacation or Short-Term Rental   4 - Commercial   5 - Land   6 - Royalties   7 - Self-Rental   8 - Other