**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Fort Myers Division**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| MEGA-PHILADELPHIA LLC | Case No. 22-00340-FMD |
| Debtor. _____/ | |

### NOTICE OF FILING 11 U.S.C. § 1116(1)(A) REQUIREMENTS

Mega-Philadelphia, LLC, the debtor and debtor-in-possession, by and through undersigned counsel, gives notice of filing the attached 2021 Profit and Loss Statement.

Respectfully submitted on April 1, 2022.

        **EDELBOIM LIEBERMAN REVAH PLLC**
        *Proposed Counsel for the Debtor*
        20200 W. Dixie Highway, Suite 905
        Miami, FL 33180
        Telephone: (305) 768-9909
        Facsimile: (305) 928-1114
        Email: brett@elrolaw.com

        */s/ Brett Lieberman*
        Brett D. Lieberman, Esq. (FBN 69583)

# Mega Philadelphia
# Profit and Loss
## January - December 2021

| | | Total |
|---|---:|---:|
| **Income** | | |
|   Advertising Income | | 1,735,962.28 |
|   refund | | 83.40 |
| **Total Income** | **$** | **1,736,045.68** |
| **Gross Profit** | **$** | **1,736,045.68** |
| **Expenses** | | |
|   Business Licenses and Permits | | 6,560.25 |
|   Equipment | | 430.31 |
|   G & A Expenses | | 4,911.47 |
|     Automobile Expense | | 35,558.58 |
|     Bank Service Fee | | 1,761.03 |
|     Bookkeeping Expense | | 9,525.00 |
|     Charitable Donation | | 300.00 |
|     Cleaning Expense | | 645.65 |
|     Employee Tax Withholding | | 113.51 |
|     Insurance Expenses | | 14,772.75 |
|       Custom Package Insurance | | 1,113.36 |
|       Dental Insurance | | 227.00 |
|       Health Insurance | | 24,017.90 |
|         Medical Reimbursement | | 6,432.09 |
|       **Total Health Insurance** | **$** | **30,449.99** |
|       Machinery Breakdown Insurance | | 230.08 |
|       Worker's Compensation | | 2,422.97 |
|     **Total Insurance Expenses** | **$** | **49,216.15** |
|     Internet/Cable Expense | | 1,239.76 |
|     IT Services Expense | | 42,252.15 |
|     Membership Fees Expense | | 2,285.00 |
|     Merchant Fees | | 16,008.55 |
|     Office Supplies Expense | | 472.75 |
|     Payroll | | 237,312.82 |
|       Bonus | | 74,976.68 |
|     **Total Payroll** | **$** | **312,289.50** |
|     Professional Fees | | 5,350.00 |
|     Rent Expense | | 102,114.97 |
|     Telephone Expense | | 6,969.29 |
|     Traffic System Expense | | 6,742.32 |
|     Travel & Entertainment Expense | | 24,517.85 |
|     Utilities Expense | | 1,730.38 |
|   **Total G & A Expenses** | **$** | **624,003.91** |
|   Income Tax | | 4,716.60 |
|   Interest Expense | | 10,406.89 |

| | | |
|---|---|---|
| **Legal fees** | | 364,653.22 |
| **Merchant fee BMS** | | 4,901.84 |
| **Petty Cash** | | 8,197.30 |
| **postage** | | 2,787.96 |
| **Programming Expenses** | | 8,650.00 |
|   **Music License Fees** | | 9,409.88 |
|   **Music Software Expense** | | 1,120.00 |
|   **Payroll** | | 79,739.54 |
|   **Talent Expense** | | 7,375.00 |
|   **Website Expense** | | 3,100.00 |
| **Total Programming Expenses** | $ | **109,394.42** |
| **Promotion Expenses** | | 375.00 |
|   **Event Expense** | | 15,010.00 |
|   **Payroll** | | 24,000.00 |
|   **Travel Expense** | | 1,083.01 |
| **Total Promotion Expenses** | $ | **40,468.01** |
| **Repairs/Maintenance** | | 2,807.00 |
| **Sales Expenses** | | 320.00 |
|   **Commissions** | | 270,221.23 |
|     **Commission Expense** | | 126.23 |
|   **Total Commissions** | $ | **270,347.46** |
|   **CRM Expense** | | 5,100.00 |
|   **Ratings Expense** | | 46,100.18 |
|   **Rep Firm Expense** | | 8,791.40 |
|   **Travel Expense** | | 5,513.13 |
| **Total Sales Expenses** | $ | **336,172.17** |
| **Technical/Engineering Expenses** | | 3,484.80 |
|   **Antenna Expense** | | 7,260.76 |
|   **Translator Expense** | | 24,343.75 |
| **Total Technical/Engineering Expenses** | $ | **35,089.31** |
| **Total Expenses** | $ | **1,550,589.19** |
| **Net Operating Income** | $ | **185,456.49** |
| **Other Expenses** | | |
|   **Licensing Fees1** | | 5,472.00 |
| **Total Other Expenses** | $ | **5,472.00** |
| **Net Other Income** | -$ | **5,472.00** |
| **Net Income** | $ | **179,984.49** |