U.S. Trustee Monthly Operating Report

Fill in this information to identify the case:

Debtor Name: **Mega Philadelphia, LLC**

United States Bankruptcy court for: **Middle**    District of **Florida**

Case Number: **2:22-bk-00340**

Check if this is an amended filing.

**Official Form 425C**

Monthly Operating Report for Small Business Under Chapter 11

Month: **March 2022**    Date Report Filed:

MM/DD/YYYY

Line of Business: **Radio / Television Broadcasting**    NAISC Code: **5151**

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

**Michael Sciore, CEO**
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR

**1. QUESTIONNAIRE:**

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

|   | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | X | | |
| 2 | Do you plan to continue to operate the business next month? | X | | |
| 3 | Have you paid all of your bills on time? | X | | |
| 4 | Did you pay your employees on time? | X | | |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | | X | |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | X | | |
| 7 | Have you timely filed all other required government filings? | X | | |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | | | X |
| 9 | Have you timely paid all of your insurance premiums? | X | | |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |

|   | | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Do you have any bank accounts open other than the DIP accounts? | X | | |
| 11 | Have you sold any assets other than inventory? | | X | |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | X | |
| 13 | Did any insurance company cancel your policy? | | X | |
| 14 | Did you have any unusual or significant unanticipated expenses? | | X | |

| | | | | |
|---|---|---|---|---|
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | X | |
| 16 | Has anyone made an investment in your business? | | X | |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | | X | |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | X | | |

## 2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS

19 **Total opening balance of all accounts**                                   $    52,608.44

This amount must equal what you reported as cash on hand at the end of the month in the previous month.  If this is your first report, report the total cash on hand as of the date of the filing of this case.

20 **Total Cash Receipts**

Attach a listing of all cash received for the month and label it  *Exhibit C* .  Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf.  Do not attach bank statements in lieu of  *Exhibit C* .

Report the total from *Exhibit C* here.                                      $     5,865.00

21 **Total Cash Disbursements**

Attach a listing of all payments you made in the month and label it  *Exhibit D* .  List the date paid, payee, purpose, and amount.  Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit D* .

Report the total from *Exhibit D* here.                                      $    16,660.64

22 **Net Cash Flow**                                                         $   (10,795.64)

Subtract line 21 from 20 and report the result her.  This amount may be different from what you may have calculated as net profit.

23 **Cash on hand at the end of the month**

Add line 22 + line 19.  Report the result here.                             $    41,812.80

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. UNPAID BILLS

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  Label it *Exhibit E* .  Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due.  Report the total from *Exhibit E* here.

24 **Total Payables - Not Applicable**                                        $    46,705.88
   *(Exhibit E)*

**4. MONEY OWED TO YOU**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it Exhibit F.  Identify who owes you money, how much is owed, and when payment is due.  Report the total from Exhibit F here.

25   **Total Receivables**     **$    300,720.88**
      (Exhibit F)

**5. EMPLOYEES**

| | | |
|---|---|---|
| 26 | What was the number of employees when the case was filed? | 14 |
| 27 | What is the number of employees as of the date of this report? | 14 |

**6. PROFESSIONAL FEES**

| | | |
|---|---|---|
| 28 | How much have you paid this month in professional fees related to this bankruptcy case? | $   - |
| 29 | How much in professional fees related to this bankruptcy case since the case was filed? | $   - |
| 30 | How much have you paid this month in other professional fees? | $   - |
| 31 | How much have you paid in total other professional fees since filing this case? | $   - |

**7. PROJECTIONS (Note 1)**

figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A | | Column B | | Column C |
|---|---|---|---|---|---|---|
| | | **Projected** Copy lines 35-37 from the previous month's report. | | **Actual** Copy lines 20-22 of this report. | | **Difference** Subtract Column B from Column A. |
| 32 | **Cash Receipts** | $ 25,000.00 | - | $ 5,865.00 | = | $ 19,135.00 |
| 33 | **Cash Disbursements** | $ 21,230.58 | - | $ 16,660.64 | = | $ 4,569.94 |
| 34 | **Net Cash Flow** | $ 3,769.43 | - | $ (10,795.64) | = | $ 14,565.07 |

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month: | $ 155,000.00 |
| 36 | Total projected cash disbursements for the next month: | $ 147,248.74 |
| 37 | Total projected net cash flow for the next month: | $ 7,751.26 |

**Note 1)** Projections were obtained from DE 26 - Debtor's Expedited Motion for Authorization to use Cash Collateral on an Interim and Final Basis filed on April 6, 2022.

**8. ADDITIONAL INFORMATION**

If available, check the box to the left and attach copies of the following documents.

38    | X |    Bank statements for each open account (redact all but the last 4 digits of account numbers).

39    [ ]    Bank reconciliation reports for each account.

40    [ ]    Financial reports such as an income statement (profit & loss) and/or balance sheet.

41    [ ]    Budget, projection, or forecast reports.

42    [ ]    Project, job costing, or work-in-progress reports.

Name of Debtor:   **Mega Philadelphia, LLC**                              Case Number:      **2:22-bk-00340**

5 &10.   The Debtor opened DIP accounts on April 1, 2022.

**Exhibit C**
**Schedule of Receipts**

Name of Debtor: **Mega Philadelphia, LLC**                    Case Number: **2:22-bk-00340**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 03/31/22 | Marketsmith | 5,865.00 |
| | | **$ 5,865.00** |

Name of Debtor: **Mega Philadelphia, LLC**                    Case Number:                    **2:22-bk-00340**

| Date | Bank ID | Check No. | Description | Purpose | Amount |
|------|---------|-----------|-------------|---------|--------|
| 03/25/22 | AB 4998 | | TD Bank | Other | 2,500.00 |
| 03/25/22 | AB 4998 | | Best Buy | Other | 3,800.00 |
| 03/25/22 | AB 4998 | | Cardmember Services | Other | 5,000.00 |
| 03/28/22 | AB 4998 | 1556 | Penn Treaty Park Place | **Note 1** | 1,218.85 |
| 03/28/22 | AB 4998 | 1559 | Ronald & Mary Oros | **Note 1** | 1,100.00 |
| 03/28/22 | AB 4998 | 1568 | Darnell Canty | **Note 1** | 1,087.23 |
| 03/28/22 | AB 4998 | 1569 | Darnell Canty | **Note 1** | 1,001.40 |
| 03/29/22 | AB 4998 | 1557 | Carta Brava Ent | **Note 1** | 710.26 |
| 03/31/22 | AB 4998 | | AmeriHealth | Insurance Expense | 74.70 |
| 03/31/22 | AB 4998 | | Corporate Payroll Services | Payroll Expense | 117.00 |
| 03/31/22 | AB 4998 | | Artisans' Bank | Bank Service Fee | 1.20 |
| 03/31/22 | AB 4998 | 1565 | Aspen Dental | **Note 1** | 50.00 |

$ **16,660.64**

**Note 1)** This check was issued pre-petition and cleared post-petition.

Post-Petition Accounts Payable as of 3/31/2022

| Vendor | Amount |
|--------|--------|
| Amerihealth | $ 2,140.67 |
| A-Ware Software | 244.00 |
| Carta Brava | 737.50 |
| Inter Tech | 300.00 |
| Jack N. Brown | 90.00 |
| Marketron | 226.85 |
| Nielsen | 15,433.66 |
| Payroll | 14,202.51 |
| Radio Advertising Bureau | 460.00 |
| Radio TV Law | 30.00 |
| Michael Santana | 250.00 |
| Townsquare Media | 4,500.00 |
| Verizon | 256.72 |
| Verizon | 83.97 |
| WIBG | 7,750.00 |
| **Total** | **$ 46,705.88** |

**Mega Philadelphia, LLC**                                                      **Exhibit F**
**Accounts Receivable Aging Summary**

|  | Current | 31-60 | 61-90 | 91-120 | 120+ | Total |
|---|---|---|---|---|---|---|
| Total | $ 101,496.80 | $ 83,944.72 | $ 26,119.74 | $ 21,778.47 | $ 67,381.15 | $ 300,720.88 |


**ARTISANS' BANK**
*A History of Service - Since 1861*

**Red Clay Center at Little Falls**
**2961 Centerville Road Wilmington DE 19808**

4583507

MEGA-PHILADELPHIA LLC
P.O BOX 431
Swedesboro NJ 08085



```
Date  3/31/22        Page     1
Primary Account          4998
Enclosures                 60
```

Our Branch Lobbies are open to all customers.
If you are not vaccinated, please wear a mask while visiting the bank.
Visit www.artisansbank.com for more detailed information.

## Checking Account

| SMALL BUSINESS CHECKING | | Enclosures | 60 |
|---|---|---|---|
| Account Number | 4998 | Statement Dates  3/01/22 thru  3/31/22 | |
| Previous Balance | 200,940.18 | Days This Statement Period | 31 |
| 11 Deposits/Credits | 53,297.45 | Average Ledger | 143,914.38 |
| 136 Checks/Debits | 212,589.00 | Average Collected | 142,589.91 |
| Service Charge | 1.20 | | |
| Interest Paid | .00 | | |
| Ending Balance | 41,647.43 | | |

## ACTIVITY IN DATE ORDER

| Date | Description | Amount |
|---|---|---|






**SMALL BUSINESS CHECKING**                    **4998**   **(Continued)**

## ACTIVITY IN DATE ORDER

Date          Description                                        Amount



**ARTISANS' BANK**
*A History of Service - Since 1861*

SMALL BUSINESS CHECKING                    4998   (Continued)

## ACTIVITY IN DATE ORDER

Date        Description                              Amount


**ARTISANS' BANK**
*A History of Service - Since 1861*

SMALL BUSINESS CHECKING                    4998   (Continued)

## ACTIVITY IN DATE ORDER

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/25 | PAYMENT PPD | TD BANK | 2,500.00- |
| 3/25 | PAYMENT PPD | BEST BUY | 3,800.00- |
| 3/25 | WEB PYMT | CARDMEMBER SERV | 5,000.00- |
| 3/30 | EDI PAYMTS | HEALTHINSPREMIUM | 74.70- |
| 3/31 | Invoice CCD | Marketsmith Inc Mega Philadeph | 5,865.00 |
| 3/31 | PAYRLL FEE CCD | CORP PAYROLL SVC MEGAPH | 117.00- |
| 3/31 | SERVICE FEE | | 1.20- |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| | | | 3/31 | 1565 | 50.00 | | | |
| 3/28 | 1556 | 1,218.85 | | | | | | |
| 3/29 | 1557 | 710.26 | 3/28 | 1568 | 1,087.23 | | | |
| 3/28 | 1559* | 1,100.00 | 3/28 | 1569 | 1,001.40 | | | |

*\* Indicates A Break In Check Number Sequence*

4


**WILLIAM PENN**
BANK

**10 Canal Street, Suite 104**
**Bristol, PA 19007**

**RETURN SERVICE REQUESTED**

MEGA PHILADELPHIA LLC
MICHAEL J SCIORE
PO BOX 431
SWEDESBORO NJ 08085-0431

### *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Branch Name | Corporate Headquarters |
| 📱 | Phone Number | 800-845-3577 |
| ✉ | Mailing Address | 10 Canal Street, Suite 104 Bristol, PA 19007 |
|  | Website | www.williampenn.bank |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE BUS CHKG | xxxxxx0181 | $165.37 |

## FREE BUS CHKG-xxxxxx0181

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | Beginning Balance | $165.37 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 03/31/2022 | Ending Balance | $165.37 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2022 | Beginning Balance | | | $165.37 |
| | No activity this statement period | | | |
| 03/31/2022 | Ending Balance | | | $165.37 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |


EQUAL HOUSING LENDER
Member FDIC

U.S. Trustee Monthly Operating Report

Fill in this information to identify the case:

| Debtor Name: | **M.S. Acquisitions & Holdings, LLC** | | Check if this is an amended filing. |
|---|---|---|---|
| United States Bankruptcy court for: | **Middle** | District of **Florida** | |
| Case Number: | **2:22-bk-00341** | | |

**Official Form 425C**

**Monthly Operating Report for Small Business Under Chapter 11**

| Month: | **March 2022** | Date Report Filed: | |
|---|---|---|---|
| | | | MM/DD/YYYY |
| Line of Business: | **Holding Company** | NAISC Code: | **0** |

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

**ORIGINAL SIGNATURE OF RESPONSIBLE PARTY**

**DATE REPORT SIGNED**

**Michael Sciore, CEO**

**PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR**

**1. QUESTIONNAIRE:**

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | X | | |
| 2 | Do you plan to continue to operate the business next month? | X | | |
| 3 | Have you paid all of your bills on time? | | | X |
| 4 | Did you pay your employees on time? | | | X |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | | X | |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | X | | |
| 7 | Have you timely filed all other required government filings? | | | X |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | | | X |
| 9 | Have you timely paid all of your insurance premiums? | X | | |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| | | Yes | No | N/A |
| 10 | Do you have any bank accounts open other than the DIP accounts? | X | | |
| 11 | Have you sold any assets other than inventory? | | X | |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | X | |
| 13 | Did any insurance company cancel your policy? | | X | |
| 14 | Did you have any unusual or significant unanticipated expenses? | | X | |

| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | X | |
|----|----|----|----|----|
| 16 | Has anyone made an investment in your business? | | X | |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | | X | |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | X | | |

## 2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS

19     **Total opening balance of all accounts**                                   $     74,809.83

This amount must equal what you reported as cash on hand at the end of the month in the previous month.  If this is your first report, report the total cash on hand as of the date of the filing of this case.

20     **Total Cash Receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*.  Include all cash received even if the bank, you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                           $     0.02

21     **Total Cash Disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*.  List the date paid, payee, purpose, and amount.  Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                           $     17,465.45

22     **Net Cash Flow**                                         $     (17,465.43)

Subtract line 21 from 20 and report the result her.  This amount may be different from what you may have calculated as net profit.

23     **Cash on hand at the end of the month**

Add line 22 + line 19.  Report the result here.                   $     57,344.40

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. UNPAID BILLS

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  Label it *Exhibit E*.  Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due.  Report the total from *Exhibit E* here.

24     **Total Payables - Not Applicable**                          N/A
         *(Exhibit E)*

**4. MONEY OWED TO YOU**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it Exhibit F.  Identify who owes you money, how much is owed, and when payment is due.  Report the total from Exhibit F here.

| | | |
|---|---|---|
| 25 | **Total Receivables - Not Applicable** | N/A |
| | (Exhibit F) | |

**5. EMPLOYEES**

| | | |
|---|---|---|
| 26 | What was the number of employees when the case was filed? | 0 |
| 27 | What is the number of employees as of the date of this report? | 0 |

**6. PROFESSIONAL FEES**

| | | |
|---|---|---|
| 28 | How much have you paid this month in professional fees related to this bankruptcy case? | $ - |
| 29 | How much in professional fees related to this bankruptcy case since the case was filed? | $ - |
| 30 | How much have you paid this month in other professional fees? | $ - |
| 31 | How much have you paid in total other professional fees since filing this case? | $ - |

**7. PROJECTIONS (Note 1)**

figures in the first month should match those provided at the initial debtor interview, if any.

| | | *Column A* | *Column B* | *Column C* |
|---|---|---|---|---|
| | | **Projected** Copy lines 35-37 from the previous month's report. | **Actual** Copy lines 20-22 of this report. | **Difference** Subtract Column B from Column A. |
| 32 | **Cash Receipts** | $ - | $ 0.02 | $ (0.02) |
| 33 | **Cash Disbursements** | $ - | $ 17,465.45 | $ (17,465.45) |
| 34 | **Net Cash Flow** | $ - | $ (17,465.43) | $ 17,465.43 |

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month: | $ - |
| 36 | Total projected cash disbursements for the next month: | $ - |
| 37 | Total projected net cash flow for the next month: | $ - |

**Note 1)** There is no budget since the Debtor does not expect any significant transactions to occur during the case.

**8. ADDITIONAL INFORMATION**

If available, check the box to the left and attach copies of the following documents.

38  [ X ]  Bank statements for each open account (redact all but the last 4 digits of account numbers).

39  [   ]  Bank reconciliation reports for each account.

40  [   ]  Financial reports such as an income statement (profit & loss) and/or balance sheet.

41  [   ]  Budget, projection, or forecast reports.

42  [   ]  Project, job costing, or work-in-progress reports.

**Exhibit A / Exhibit B**
**Questionnaire**

Name of Debtor: **M.S. Acquisitions & Holdings, LLC**                    Case Number:    **2:22-bk-00341**

5 & 10.  The Debtor opened DIP accounts on April 1, 2022.

**Exhibit C**
**Schedule of Receipts**

Name of Debtor: **M.S. Acquisitions & Holdings, LLC**          Case Number: **2:22-bk-00341**

| Date | Description | Amount |
|---|---|---|
| 03/31/22 | Artisan's Bank - Interest Expense | $ 0.02 |
| | | $ 0.02 |

**Exhibit D**
**Schedule of Disbursements**

Name of Debtor: **M.S. Acquisitions & Holdings, LLC**        Case Number:        **2:22-bk-00341**

| Date | Bank ID | Check No. | Description | Purpose | Amount |
|------|---------|-----------|-------------|---------|--------|
| 03/25/22 | AB 4969 | 1171 | ASK Punter LLC | **Note 1** | 3,800.71 |
| 03/25/22 | AB 4969 | | Michael Sciore | Sciore Draw | 300.00 |
| 03/25/22 | AB 4969 | | Racetrack | Auto Expense | 8.21 |
| 03/25/22 | AB 4969 | | Racetrack | Auto Expense | 58.82 |
| 03/25/22 | AB 4969 | | Service Plaza | Due to Shareholder | 15.20 |
| 03/28/22 | AB 4969 | 1172 | Carolynn Jennings | **Note 1** | 160.00 |
| 03/25/22 | FFI200 | | Collier County Tax Collector | FL Taxes | 12,586.97 |
| 03/25/22 | FFI200 | | Michael Sciore | Sciore Draw | 300.00 |
| 03/25/22 | FFI200 | | Comcast | Utilities | 154.58 |
| 03/28/22 | FFI200 | | Hum Compben | Medical Expenses | 12.49 |
| 03/28/22 | FFI200 | | Hum Compben | Medical Expenses | 58.47 |
| 03/31/22 | ART 5078 | | Artisan's Bank | Bank Service Charge | 10.00 |

$    17,465.45

**Note 1)** This check was issued pre-petition and cleared post-petition.


## ARTISANS' BANK
*A History of Service · Since 1861*

**Red Clay Center at Little Falls**
**2961 Centerville Road Wilmington DE 19808**

4583504

```
MS ACQUISITIONS & HOLDINGS LLC
P.O BOX 431
SWEDESBORO NJ 08085
```

| Date 3/31/22 | Page 1 |
|---|---|
| Primary Account | 4969 |
| Enclosures | 9 |



```
Our Branch Lobbies are open to all customers.
If you are not vaccinated, please wear a mask while visiting the bank.
Visit www.artisansbank.com for more detailed information.
```

## SUMMARY OF ACCOUNTS

| ACCOUNT NUMBER | ACCOUNT DESCRIPTION | ENDING BALANCE | Enclosures |
|---|---|---|---|
| 5078 | BUSINESS MMA | 40.02 | 1 |
| 4969 | SMALL BUSINESS CHECKING | 54,034.60 | 8 |

## Checking Account

**SMALL BUSINESS CHECKING**

| | | | |
|---|---|---|---|
| Account Number | 4969 | **Enclosures** | **8** |
| Previous Balance | 2,659.73 | Statement Dates 3/01/22 thru 3/31/22 | |
| 8 Deposits/Credits | 75,297.76 | Days This Statement Period | 31 |
| 21 Checks/Debits | 23,922.89 | Average Ledger | 18,655.74 |
| Service Charge | .00 | Average Collected | 18,655.74 |
| Interest Paid | .00 | | |
| Ending Balance | 54,034.60 | | |

## ACTIVITY IN DATE ORDER

| Date | Description | Amount |
|---|---|---|


**FDIC**
Federal Deposit Insurance Corporation

Please contact us with any concerns at (800) 282-8255

www.artisansbank.com


**EQUAL HOUSING LENDER**

1


**ARTISANS' BANK**
*A History of Service - Since 1861*

SMALL BUSINESS CHECKING          4969  (Continued)

## ACTIVITY IN DATE ORDER

| Date | Description | Amount |
|------|-------------|--------|

| Date | Description | Amount |
|------|-------------|--------|
| 3/25 | ATM W/D 2327 03/24/22 00004687<br>PNC BANK<br>12456 TAMIAMI TRL<br>NAPLES     FL C#**9274 | 300.00- |
| 3/25 | DBT CRD 2137 03/24/22 94756398<br>RACETRAC2404<br>NAPLES     FL C#**9274 | 8.21- |
| 3/25 | DBT CRD 2138 03/24/22 92238606<br>RACETRAC2404<br>NAPLES     FL C#**9274 | 58.82- |
| 3/25 | POS DEB 2129 03/24/22 00889158<br>MICCOSUKEE SERVICE PLAZA<br>47801 W STATE RD 8<br>FORT LAUDERDA FL C#**9274 | 15.20- |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
|      |          |        |      |          |        | 3/25 | 1171     | 3,800.71 |

*\* Indicates A Break In Check Number Sequence*



**ARTISANS' BANK**
*A History of Service - Since 1861*

SMALL BUSINESS CHECKING                    4969   (Continued)

## Checks

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/28 | 1172 | 160.00 | | | |

*\* Indicates A Break In Check Number Sequence*

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| | | | | 3/24 | 58,377.54 |
| | | | | 3/25 | 54,194.60 |
| | | | | 3/28 | 54,034.60 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| BUSINESS MMA | | Enclosures | 1 |
|---|---|---|---|
| Account Number | 5078 | Statement Dates   3/01/22 thru   3/31/22 | |
| Previous Balance | 2,087.76 | Days This Statement Period | 31 |
| Deposits/Credits | .00 | Average Ledger | 988.23 |
| 3 Checks/Debits | 2,037.76 | Average Collected | 988.23 |
| Service Charge | 10.00 | Interest Earned | .02 |
| Interest Paid | .02 | Annual Percentage Yield Earned | 0.02% |
| Ending Balance | 40.02 | 2022 Interest Paid | .13 |

## ACTIVITY IN DATE ORDER

| Date | Description | Amount |
|------|-------------|--------|
| 3/31 | INTEREST DEPOSIT | .02 |
| 3/31 | SERVICE FEE | 10.00- |

## Checks

| Date | Check No | Amount |
|------|----------|--------|

*\* Indicates A Break In Check Number Sequence*

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| | | 3/21 | 50.00 | 3/31 | 40.02 |



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

## CHECKING ACCOUNTS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 12 |
|---|---|---|---|
| Accounts | XXXXXXX1200 | Statement Dates  3/01/22 thru  3/31/22 | |
| Beginning Balance | 591.25 | Days in the Statement Period | 31 |
| 5 Deposits/Credits | 358,440.00 | Average Ledger | 9,441.13 |
| 72 Checks/Debits | 356,610.98 | Average Collected | 9,283.39 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 2,420.27 | | |

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|---|---|---|---|



First Florida Integrity Bank

Date   3/31/22          Page     2

M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

**DEPOSITS AND ELECTRONIC TRANSACTIONS**

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

**DEPOSITS AND ELECTRONIC TRANSACTIONS**

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

 TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|
| 3/25 | CABLE SVC  COMCAST<br>TEL | 154.58- | |
| 3/25 | TAX COLL.  COLLIER COUNTY<br>WEB       4971306<br>S | 12,586.97- | |
| 3/25 | ATM W/D 2326 03/24/22 00004686<br>PNC BANK<br>12456 TAMIAMI TRL<br>NAPLES        FL C#2299 | 300.00- | |
| 3/28 | DBT CRD 0549 03/25/22 DBP2UZA2<br>HUM COMPBEN E MER<br>866-5370232   GA C#2299 | 12.49- | |



M.S. ACQUISITIONS & HOLDINGS LLC
14366 CHARTHOUSE CIR
NAPLES FL 34114

TOTALLY FREE BUSINESS CHECKING          XXXXXXX1200   (Continued)

## DEPOSITS AND ELECTRONIC TRANSACTIONS

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|
| 3/28 | DBT CRD 0549 03/25/22 DBP2TUA2 | 58.47- | |
| | HUM COMPBEN E MER | | |
| | 866-5370232   GA C#2299 | | |

## CHECK IN SERIAL NUMBER ORDER

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| | | | | 3/24 | 15,532.78 |
| | | | | 3/25 | 2,491.23 |
| | | | | 3/28 | 2,420.27 |

MENT


**WILLIAM PENN**
**BANK**

**10 Canal Street, Suite 104**
**Bristol, PA 19007**

**RETURN SERVICE REQUESTED**

MS ACQUISITIONS & HOLDINGS LLC
MICHAEL J SCIORE
PO BOX 431
SWEDESBORO NJ 08085-0431

### Managing Your Accounts

|  |  |  |
|---|---|---|
| 🏛 | Branch Name | Corporate Headquarters |
| 📱 | Phone Number | 800-845-3577 |
| ✉ | Mailing Address | 10 Canal Street, Suite 104 Bristol, PA 19007 |
|  | Website | www.williampenn.bank |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE BUS CHKG | xxxxxx0199 | $849.51 |

## FREE BUS CHKG-xxxxxx0199

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | Beginning Balance | $849.51 |
|  | 0 Credit(s) This Period | $0.00 |
|  | 0 Debit(s) This Period | $0.00 |
| 03/31/2022 | Ending Balance | $849.51 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2022 | Beginning Balance |  |  | $849.51 |
|  | No activity this statement period |  |  |  |
| 03/31/2022 | Ending Balance |  |  | $849.51 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


EQUAL HOUSING LENDER
Member **FDIC**