# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Fort Myers Division

In re:

| | |
|---|---|
| **MEGA-PHILADELPHIA LLC** | Case No. 22-00340-FMD |
| **M.S. ACQUISITIONS & HOLDINGS, LLC,** | Case No. 22-00341-FMD |
| | **Jointly Administered** |
| | **Chapter 11** |
| **Debtors.** | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Notice of Meeting of Creditors* [ECF No. 13] was served on via *via* First Class U.S. Mail upon parties listed on the attached Mailing list on May 4, 2022.

Dated: May 4, 2022
                                                            Respectfully Submitted,

                                                            EDELBOIM LIEBERMAN REVAH PLLC
                                                            *Counsel for the Debtors and*
                                                            *Debtors-In-Possession*
                                                            20200 W. Dixie Hwy., Suite 905
                                                            Miami, FL 33180
                                                            T. 305-768-9901
                                                           F. 305-928-1114
                                                           Email: brett@elrolaw.com

                                                           By: */s/ Brett D. Lieberman*
                                                           Brett D. Lieberman
                                                           Florida Bar No. 69583

**VIA U.S. Mail**

Comcast
P.O. Box 70219
Philadelphia, PA  19176

ML Factors
428 Central Avenue
Cedarhurst, NY  11516

Federal Communication Commission
45 L Street NE
Washington, DC  20554

USBA
2 North 20th Street, Suite 3
Birmingham, AL  35203

GTR Source, LLC
1006 Monmouth Avenue
Lakewood, NJ  08701