ORDERED.

**Dated: March 28, 2024**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| MEGA-PHILADELPHIA LLC, and | ) | Case No. 2:22-bk-00340-FMD |
| M.S. ACQUISITIONS & HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER DENYING DEBTORS' MOTION TO COMPROMISE CONTROVERSY
AND TO COMPEL ENFORCEMENT WITH FIRST COMMONWEALTH BANK**

THIS CASE came on for hearing on **March 27, 2024 at 10:00 a.m.**, on Debtor's *Motion to Approve Compromise of Controversy and to Compel Enforcement of Settlement with First Commonwealth Bank (f/k/a/ Centric Bank)* [Doc. No. 292] (the "Motion") filed by Debtor Mega Philadelphia, LLC. After reviewing the pleadings and considering the position of the parties, it is

**ORDERED:**

1. The Motion (Doc. No. 292) is **DENIED.**

Attorney Craig Eller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.