# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

MEGA-PHILADELPHIA LLC, and
M.S. ACQUISITIONS & HOLDINGS, LLC,

    Debtors.
_____/

Case No. 2:22-bk-00340-FMD
Chapter 11
Jointly Administered
Case No. 2:22-bk-00341-FMD

## FIRST COMMONWEALTH BANK F/K/A 'S OBJECTION
## TO CONFIRMATION OF THE DEBTORS' SECOND AMENDED PLAN [ECF #325]

    Creditor, First Commonwealth Bank, successor by merger to Centric Bank, hereby files this objection to the Debtors, Mega-Philadelphia and M.S. Acquisitions & Holdings, LLC's, Second Amended Plan [DE # 375] and states:

    1.    First Commonwealth Bank ("FCB") f/k/a Centric Bank holds a secured claim against Mega-Philadelphia in the amount of $787,257.47 secured by a blanket lien on all the assets of Mega-Philadelphia ("Mega Claim 1").

    2.    FCB holds a secured claim against M.S. Acquisitions & Holdings, LLC (MSA&H") in the amount of $5,768,904.88 secured by a blanket lien on all the assets of MSA&H ("MS Claim 10").

    3.    The Debtor proposes to treat Mega Claim 1 as a secured claim in Class 1 and the Debtor proposes to treat MS Claim 10 as a general unsecured claim in Class 6. The Debtor proposes a payment of $15,000 to Class 6 with a pass through of $148,083.00 from Mega-Philadelphia in Year 5.

    4.    FCB disagrees with the value stated within the Liquidation Analysis for the furniture, fixtures and equipment and the intangible and intellectual property for the radio stations and is hiring

1

an appraiser to review the value of these assets. FCB conducted a valuation prior to the filing of this case which indicated a much higher value for these assets. If, in fact, the liquidation value of these assets is higher than submitted by the Debtor, this would significantly change the Liquidation Value of both MS and Mega-Philadelphia and ultimately change the required distribution to Class 6, of which FCB is the largest creditor.

5. FCB and the Debtors, with the assistance of the Subchapter V Trustee, are in continued discussions concerning this matter. Since FCB is the largest creditor in Class 6, this issue could have a significant impact on the required distribution to Class 6.

6. Accordingly, until FCB completes its appraisal of these assets, FCB objects to confirmation of the Second Amended Plan as proposed.

WHEREFORE, for all the foregoing reasons, FCB respectfully requests the Court deny confirmation of the Second Amended Plan [ECF #325] and grant such further relief as this Court deems just and appropriate.

Respectfully submitted,

*/s/ Dana Kaplan*
Dana Kaplan, Esquire
Fla. Bar No. 44315
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, Florida 33401
Phone (561) 491-1200
dana@kelleylawoffice.com
bankruptcy@kelleylawoffice.com

**Certificate of Service**

A true and correct copy of the foregoing has been sent by CM/ECF or U.S. Mail to the parties below this 14th day of May, 2024.

KELLEY KAPLAN & ELLER, PLLC  
Attorneys for CFB  
1665 Palm Beach Lakes Blvd.  
The Forum - Suite 1000  
West Palm Beach, Florida 33401  
Tel: (561) 491-1200  
bankruptcy@kelleylawoffice.com  

By: __/s/ Dana Kaplan_____  
    Dana Kaplan, Esquire  
    Fla. Bar No. 44315  

**Mailing Information for Case 2:22-bk-00340-FMD**

**Electronic Mail Notice List**

- **Phillip D Berger**   berger@bergerlawpc.com
- **Christopher J Emden**   christopher.emden@usdoj.gov, renee.erhardt@usdoj.gov;Beverly.lanier@usdoj.gov;CaseView.ecf@usdoj.gov
- **Anthony F. Giuliano**   afg@glpcny.com
- **Brian P Hall**   bhall@sgrlaw.com
- **Benjamin E. Lambers**   Ben.E.Lambers@usdoj.gov
- **Brett D Lieberman**   brett@elrolaw.com, brett@elrolaw.com;tisha@elrolaw.com;mike@elrolaw.com
- **Amy Denton Mayer**   amayer.ecf@subvtrustee.com, amayer@subvtrustee.com;cadh11@trustesolutions.net
- **Ronald G Neiwirth**   rgn@lubellrosen.com, rneiwirth@gmail.com;maria@lubellrosen.com
- **United States Trustee - FTM**   USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice List**

**Brett Dubin**  
Citrin Cooperman Advisors LLC  
1800 JFK Boulevard  
Philadelphia, PA 19103  

**Anthony T Lepore**  
Radiotvlaw Associates, LLC  
4101 Albemarle Street NW, Suite 324  
Washington, DC 20016-2151  

**Roger H. Rafson**  
CMS Station Brokerage  
1439 Denniston Street  
Pittsburgh, PA 15217