

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/22/2024 10:00 AM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:22-bk-00340-FMD | 11 | 03/25/2022 |

Chapter 11

**DEBTOR:** Mega Philadelphia, LLC

**DEBTOR ATTY:** Anthony Lepore

**TRUSTEE:** Amy Mayer

**HEARING:**

Confirmation Hearing in a Sub V Case
- Objection to Confirmation of Second Amended Plan Plan Filed by Dana L Kaplan on behalf of Creditor Centric Bank (related document(s)[325]). (Kaplan, Dana) Doc #337
- Confirmation Affidavit of Michael Sciore In Support of Second Amended Joint Subchapter V Plan of Reorganization Filed by Brett D Lieberman on behalf of Debtor Mega Philadelphia, LLC. (Lieberman, Brett) Doc #343

**APPEARANCES:**: Brett Lieberman, Ron Niewirth, Amy Mayer, Ben Lambers, Dana Kaplan, Michael Sciore, Roger Rafson

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing in a Sub V Case -   Confirmed 1191(b) (non-consensual) as modified, post confirmation status conference set for 6/28/2024 at 10:30 am, obj by Centric Bank overruled, O/Lieberman

- Objection to Confirmation of Second Amended Plan Plan Filed by Dana L Kaplan on behalf of Creditor Centric Bank (related document(s)[325]). (Kaplan, Dana) Doc #337

- Confirmation Affidavit of Michael Sciore In Support of Second Amended Joint Subchapter V Plan of Reorganization Filed by Brett D Lieberman on behalf of Debtor Mega Philadelphia, LLC. (Lieberman, Brett) Doc #343

 **\*\*Mr. Lieberman to upload orders on fee applications\*\***
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.