ORDERED.

**Dated: June 28, 2024**

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| MEGA-PHILADELPHIA LLC, and | ) | Case No. 2:22-bk-00340-FMD |
| M.S. ACQUISITIONS & HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AGREED ORDER GRANTING IN PART AND DENYING IN PART FIRST**
**COMMONWEALTH BANK'S _MOTION FOR RELIEF FROM STAY_**

THIS CASE came on for hearing on on Movant's, First Commonwealth Bank as successor

by merger to Centric Bank ("First Commonwealth") _Motion for Relief from the Automatic Stay_ [Doc.

No. 340] (the "Motion") LLC. After reviewing the pleadings and being advised of the agreement

between the parties, it is

**ORDERED:**

1.      The Motion [Doc. No. 340] is GRANTED in part and DENIED in part as more

fully set forth below.

2.	To the extent the automatic stay may be in effect in this case, the automatic stay is lifted so that First Commonwealth may proceed to domesticate its judgments against Michael Sciore and Mari Angie Hernandez-Sciore in Florida even though such judgments also reference the Debtors herein.  This grant of relief also applies to any injunction relating to the Debtors' plan confirmation.

3.	The Debtor's schedules do not reveal any real or personal property of any value in Florida.  Thus, stay relief will not have any effect on the Debtors' reorganization.

4.	First Commonwealth may, to the extent allowed by Florida law, omit the Debtors from its domestication proceedings, but shall not be required to do so if such omission prevents it from obtaining domestication of its judgments against Michael Sciore and Mari Angie Hernandez-Sciore.

###

Attorney Craig Eller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.