IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| In re: | Case No. 2:22-bk-00340-FMD |
| | Chapter 11 |
| MEGA-PHILADELPHIA LLC, and | Jointly Administered |
| M.S. ACQUISITIONS & HOLDINGS, LLC, | Case No. 2:22-bk-00341-FMD |
| Debtors. | |
| _____/ | |

**FIRST COMMONWEALTH BANK'S MOTION TO DISMISS OR CONVERT CASE**

Creditor, First Commonwealth Bank, successor by merger to Centric Bank ("FCB"), hereby files this Motion to Dismiss the Debtors', Mega-Philadelphia, LLC, and M.S. Acquisitions & Holdings, LLC's, case and states:

1. On March 25, 2022, Mega-Philadelphia, LLC and M.S. Acquisitions & Holdings, LLC (collectively, the "Debtors") filed their voluntary petitions under Subchapter V of Chapter 11 of the Bankruptcy Code. Thereafter, the Debtors filed their Second Amended Plan of Reorganization [ECF #325] (the "Plan") which was confirmed by the Court in its Order Confirming Second Amended Joint Plan of Reorganization of Mega-Philadelphia, LLC and M.S. Acquisitions & Holdings, LLC and Setting Post-Confirmation Status Conference entered on June 18, 2024 [ECF #361].

2. The Plan provides for the treatment of FCB's Class 1 secured claim of $787,257.47 by the provision of 60 monthly payments of approximately $15,220 each beginning on the Effective Date. Pursuant to the Notice of Effective Date [ECF # 371], the Effective Date was August 1, 2024.

3. At the time of this motion, the Debtor was required to make seven monthly payments. However, only four monthly payments have been received by FCB.

4. FCB has made inquiries of Debtors' counsel concerning the missing payments but

1

has received no response.

5.	Pursuant to 11 U.S.C. § 1112(b)(4)(N), the Court may convert this case to Chapter 7 or dismiss this case for cause which includes material default by the debtor with respect to a confirmed plan. The Debtors failure to make plan payments to FCB constitutes a material default under the confirmed Plan.

WHEREFORE, FCB respectfully requests the Court dismiss this case or convert it to Chapter 7 and grant such further relief as this Court deems just and appropriate.

Respectfully submitted,

*/s/ Dana Kaplan*
Dana Kaplan, Esquire
Fla. Bar No. 44315
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, Florida 33401
Phone (561) 491-1200
dana@kelleylawoffice.com
bankruptcy@kelleylawoffice.com

**Certificate of Service**

A true and correct copy of the foregoing has been sent by CM/ECF or U.S. Mail to the parties below this 6th day of February, 2025.

KELLEY KAPLAN & ELLER, PLLC
Attorneys for CFB
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
bankruptcy@kelleylawoffice.com

By: __/s/ Dana Kaplan
    Dana Kaplan, Esquire
    Fla. Bar No. 44315

**Mailing Information for Case 2:22-bk-00340-FMD**

**Electronic Mail Notice List**

- **Phillip D Berger**  berger@bergerlawpc.com
- **Christopher J Emden**  christopher.emden@usdoj.gov, renee.erhardt@usdoj.gov;Beverly.lanier@usdoj.gov;CaseView.ecf@usdoj.gov
- **Anthony F. Giuliano**  afg@glpcny.com
- **Brian P Hall**  bhall@sgrlaw.com
- **Benjamin E. Lambers**  Ben.E.Lambers@usdoj.gov
- **Brett D Lieberman**  brett@elrolaw.com, brett@elrolaw.com;tisha@elrolaw.com;mike@elrolaw.com
- **Amy Denton Mayer**  amayer.ecf@subvtrustee.com, amayer@subvtrustee.com;cadh11@trustesolutions.net
- **Ronald G Neiwirth**  rgn@lubellrosen.com, rneiwirth@gmail.com;maria@lubellrosen.com
- **United States Trustee - FTM**  USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice List**

**Brett Dubin**
Citrin Cooperman Advisors LLC
1800 JFK Boulevard
Philadelphia, PA 19103

**Anthony T Lepore**
Radiotvlaw Associates, LLC
4101 Albemarle Street NW, Suite 324
Washington, DC 20016-2151

**Roger H. Rafson**
CMS Station Brokerage
1439 Denniston Street
Pittsburgh, PA 15217

**Centric Bank n/k/a First Commonwealth Bank, successor by merger to Centric Bank**
4320 Linglestown Road
Harrisburg, PA 17112

**First Commonwealth Bank, successor by merger to Centric Bank**
c/o David Hepler
654 Philadelphia Street
Indiana, PA 15701

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:22-bk-00340-FMD<br>Middle District of Florida<br>Ft. Myers<br>Thu Feb  6 12:20:07 EST 2025 | Caryl E. Delano<br>Tampa<br>, FL | Brett Dubin<br>Citrin Cooperman Advisors LLC<br>1800 JFK Boulevard<br>Philadelphia, PA 19103-7421 |
| (p)FUNDING METRICS  LLC<br>ATTN PAULETTE YIAMBILIS ESQ<br>FUNDING METRICS LLC<br>3220 TILLMAN DRIVE SUITE 200<br>BENSALEM PA 19020-2028 | Mari Angie Hernandez Sciore<br>14366 Chart House Circle<br>Naples, FL 34114-8964 | Soneet Kapila<br>KapilaMukamal, LLP<br>1000 South Federal Highway<br>Suite 200<br>Ft. Lauderdale, FL 33316-1237 |
| Anthony T Lepore<br>Radiotvlaw Associates, LLC<br>4101 Albemarle Street NW, Suite 324<br>Washington, DC 20016-2151 | Mega Philadelphia, LLC<br>&lt;B&gt;and M.S. Acquisitions &amp; Holdings, LLC<br>(2:22-bk-341-FMD Jointly Administered)<br>&lt;/B&gt;14366 Charthouse Circle<br>Naples, FL 34114 | Roger H. Rafson<br>CMS Station Brokerage<br>1439 Denniston Street<br>Pittsburgh, PA 15217-1332 |
| Michael Joseph Sciore<br>14366 Chart House Circle<br>Naples, FL 34114-8964 | A-aware Software<br>P.O. Box 1167<br>Frisco, TX 75034-0020 | ASCAP<br>P.O. Box 70547<br>Chicago , IL 60673-0547 |
| Anderson Kill PC<br>c/o Arthur J. Gillis<br>STA International<br>225 Boradhollow Rd, Ste 150<br>Melville, NY 11747-4809 | Ask Punter, LLC_IT<br>25 Mystery Rose Lane<br>West Grove, PA 19390-8806 | Atlantic City Station<br>1 Atlantic City Expressway<br>Atlantice City, NJ 08401-4106 |
| BMI -<br>7 World Trade Center<br>New York , NY 10007-0042 | Berkovitch & Bouskila, PLLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2845 | Blue Vine<br>41 Warren Street<br>Suite 300<br>Redwood City, CA 94063 |
| Brian P. Hall<br>1105 Peachtree St.<br>Suite 1000<br>Atlanta, GA 30309-3642 | Brian P. Hall<br>1105 W. Peachtree St.<br>Suite 1000<br>Atlanta, GA 30309-3642 | Bridge Funding Cap LLC D/B/A Chrome Capital<br>80 Broad St, Suite 3303<br>80 Broad St, Suite 3303<br>New York, NY 10004-2845 |
| Broadcast Electronics<br>4100 North 24t Street<br>Quincy, IL 62305-7749 | Camden Tax Collector<br>520 Market Street<br>Camden , NJ 08102-1300 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Carta Brava<br>4369 S. Lincoln Avenue<br>Vineland, NJ 08361-7757 | Centric Bank<br>4320 Linglestown Raad<br>Harrisburg , PA 17112-9532 | Centric Bank<br>4320 Linglestown Road<br>Harrisburg, PA 17112-9532 |
| Centric Bank<br>4320 Linglestown Road<br>Philadelphia, PA 19172-0001 | Centric Bank -<br>c/o Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>1105 W. Peachtree Street NE, Suite 1000<br>Atlanta, GA 30309-3592 | Centric Bank<br>c/o Phillip D. Berger, Esquire<br>919 Conestoga Road, Suite 114, Bldg. 3<br>Rosemont, PA 19010-1352 |

| | | |
|---|---|---|
| Centric Bank, nka Commonwealth Bank, Success<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | Chrome Capital<br>456A Central Avenue, Ste 139<br>Cedarhurst, NY 11516-1907 | City of Camden<br>P.O. Box 95120<br>Camden, NJ 08101-5120 |
| Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Duane Morris<br>30 S 17th Street<br>Philadelphia, PA 19103-4196 |
| Duane Morris LLP<br>Attn: James J. Holman, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | EBF Partners, LLC d/ba Everest Business Fund<br>8200 N.W. 52nd Terrace, Suite 200<br>Doral, FL 33166-7852 | Effico Bllling Software<br>90 Eastgate Drive<br>Washington , IL 61571-2110 |
| Everrst Funding<br>8200 NW 52nd Terrace<br>2nd Floor<br>Miami, FL 33166-7852 | Federal Insurance Company c/o Chubb<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 | Flaster Greenberg<br>1810 Chapel Avenue<br>Cherry Hill, NJ 08002-4618 |
| Forward Line<br>3000 Plumpic Blvd<br>Bldg 4<br>Santa Monica, CA 90404 | Forwardline Financial, LLC<br>3000 Olympic Blvd., Building 4<br>Santa Monica, California 90404-5073 | Forwardline Financial, LLC<br>c/o Jon O. Blanda, Esq.<br>Collection at Law, Inc.,APLC<br>3835 E. Thousand Oaks Blvd.,#R-349<br>Westlake Village, CA 91362-6622 |
| Franklin Fundi ng<br>211 Boulevard of the America<br>Lakewood , NJ 08701-4775 | Fundbox<br>6900 Dallas Parkwaay<br>Suite 700<br>Plano, TX 75024-7188 | Fundbox, Inc. -<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Funding Metrics, LLC<br>684 Town Center Drive<br>Haverford, PA 19041 | Funding Metrics, LLC<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Ste 25<br>Melville, N.Y. 11747-3645 | (p)GTR SOURCE LLC<br>211 BOULEVARD OF AMERICAS<br>STE 205<br>LAKEWOOD NJ 08701-4777 |
| Green Capital Funding, LLC<br>1 Everhurst Plaza Jersey Cit<br>Jersey City, NJ 07302-3087 | Halworth Marke ting<br>Nations Account-McGavern<br>1655 Palm Beach Lakes Blvd<br>9th Floor 903<br>West Palm Beach, FL 33401-2225 | Harvesst Small Buiness Fianance<br>2442 Avenida De La Carlota<br>Suite 232<br>Laguna Hills, CA 92653 |
| Harvest Small Business Finance, LLC<br>Locke Lord LLP Attn: Steven Brotman<br>777 South Flagler Drive<br>Suite 215 East Tower<br>West Palm Beach, FL 33401-6161 | Hutchinson Air Conditioning<br>621 Chapel Avenue<br>Cherry Hill, NJ 08034-1422 | Influx Capital, LLC<br>211 Bouldevard of Americas<br>Suite 206<br>Lakewood, NJ 08701-4777 |
| InterTech Media, LLC<br>P.O. Box  279<br>Old Greenwich, CT 06870-0279 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)COLLECTION AT LAW  INC<br>3835 E THOUSAND OAKS BLVD SUITE R-349<br>WESTLAKE VILLAGE CA 91362-6622 |

| | | |
|---|---|---|
| ML Factors<br>428 Central Avenue<br>Cedarhurst, NY 11516-1929 | Michael J. Sciore and Mari Angie Hernandez-S<br>c/o Ronald G. Neiwirth, Esq.<br>Lubell Rosen<br>200 S Andrews Avenue 9th Flr<br>Ft. Lauderdale, FL 33301-1864 | Michael Sciore<br>14366 Charthouse Circle<br>Naples, FL 34114-8964 |
| Millville Townsquare<br>36404 Club House Rd.<br>Millville, DE 19967-6971 | Millville Townsquare<br>36404 Club House Rd.<br>Milville, DE 19967-6971 | New Jersey Division of Taxation<br>Revenue Processing Center<br>P.O. BOX 257<br>Trenton, NJ 08646-0257 |
| New Jersey State Tax<br>P.O. Box 281<br>Trenton,NJ 08695-0281 | New Jersey State Tax<br>P.O.Box281<br>Trenton,NJ 08695-0281 | Nielson Audio<br>P.O. Box 3278<br>Carol Stream, IL 60132-3278 |
| Penn Treaty Park Place, LTD<br>1341 N. Delaware Avenue<br>Philadelphia, PA 19125-4386 | Royer Cooper Cohen Braunfeld<br>100 North 18th Street<br>Philadelphia, PA 19103-2778 | Royer Cooper Cohen Braunfeld<br>100 North 18th Street, Suite<br>Philadelphia, PA 19103-2778 |
| SBA EIDL<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | SBA EIOL<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | SBA Loan<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 |
| State of  New  Jersey<br>3 John Fitch Way<br>Trenton, NJ 08611 | State of New Jersey Division of Taxation Ban<br>State of NJ Division of Taxation Bankrup<br>P O Box 245<br>Trenton, NJ 08695-0245 | Townsquare Media<br>950 Tilton Road, Suite 200<br>Northfield, NJ 08225-1235 |
| U.S Small Business Administration<br>200 W. Santa Ana Blvd # 740<br>Santa Ana, CA 92701-7534 | Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | Verizon Wireless<br>P.O. Box 16801<br>Newark, NJ 07101-6801 |
| Vigilant Insurance Company c/o Chubb<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 | WIBG Rebroadcast Lease<br>3328 Simpon Avenue<br>Ocean City, NJ 08226-2044 | Weir & Partners LLP<br>Bonnie Golub<br>The Widener building, Suite<br>1339 Chestnut St.<br>Philadelphia, PA 19107-3519 |
| lntertech Media<br>P.O. Box 22677<br>New York, NY 10087-2677 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).