ORDERED.

**Dated: March 06, 2025**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 2:22-bk-00340-FMD |
| | Chapter 11 |
| MEGA-PHILADELPHIA LLC, and | Jointly Administered |
| M.S. ACQUISITIONS & HOLDINGS, LLC, | Case No. 2:22-bk-00341-FMD |
| Debtors. | |

_____/

**ORDER GRANTING FIRST COMMONWEALTH BANK'S MOTION TO
DISMISS CHAPTER 11 CASE**

THIS MATTER came before the Court on March 5, 2025 at 10:00 a.m. on Creditor First

Commonwealth Bank's ("FCB") Motion to Dismiss Chapter 11 Case [D.E. #376] ("Motion")

and the Court having reviewed the file and the Motion, having heard argument of counsel, being

otherwise duly advised in the premises, it is

**ORDERED and ADJUDGED**, as follows:

1.      The Motion [D.E. #376] is **GRANTED.**

2.      This case is dismissed effective as of the date of this order.

3.      The automatic stay under 11 U.S.C. Section 362(a) is terminated.

4.      No debts, obligations, or liabilities are discharged.

5.      The Debtors are ORDERED to pay any outstanding court fees, costs and charges, assessed under chapter 123, title 28, United States Code, if any, and file any outstanding operating reports, if any, in connection with this case within 14 days of the entry of this Order.

6.      Any party seeking a determination of the allowability of an administrative expense claim, including the Subchapter V Trustee must file appropriate application(s) with this Court within 30 days of the entry of this Order.

7.      This Court retains jurisdiction to adjudicate any timely filed applications.

# # #

*Dana Kaplan, Esq. is directed to serve a copy of the signed order on all parties of record and file with the court a notice of service.*